# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

8/30/11

# 8326
$3.95 8/30/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re: MORGAN, TODD J / Case # 09-23051
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.95. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Ira Davenport Hospital        Amount $ 3.95        Claim Register #  1

_____
DOUGLAS J. LUSTIG
Trustee

FILED
AUG 30 PM 4:29
U.S. BANKRUPTCY COURT
WDNY-ROCHESTER

1600 Crossroads Building         585 232 3730
Two State Street                 FAX 585 232 3882            CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397         www.cdlaw.com